| Fill in this information to identify the case: |
| --- |

Debtor name **Greater Tech Holdings, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **24-32818**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  DeBauche OSP Communications, LLC** | **P.O. Box 2371**<br>Number      Street<br><br>**Fredericksburg      TX   78624-1921**<br>City                State    ZIP Code | **Amarillo National Bank** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2  TechDash Telecom, LLC** | **P.O. Box 2371**<br>Number      Street<br><br>**Fredericksburg      TX   78624-1921**<br>City                State    ZIP Code | **Vista Bank** | ☑ D<br>☐ E/F<br>☐ G |