**Fill in this information to identify the case:**

Debtor Name: **Greater Tech Holdings, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **24-32818**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals  12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:** Copy line 88 from Schedule A/B................................................................................................... **$0.00**

   1b. **Total personal property:** Copy line 91A from Schedule A/B................................................................................. **$3,248.65**

   1c. **Total of all property** Copy line 92 from Schedule A/B.......................................................................................... **$3,248.65**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$47,701,735.94**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F......................................................... **$182,634.81**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................... + **$1,841,715.62**

4. **Total liabilities** Lines 2 + 3a + 3b................................................................................................................................. **$49,726,086.37**