**Fill in this information to identify the case:**

Debtor name: **Greater Tech Holdings, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **24-32818**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | Dates | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024** to Filing date | ☐ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: | From **01/01/2023** to **12/31/2023** | ☐ Operating a business<br>☐ Other _____ | _____ |
| For the year before that: | From **01/01/2022** to **12/31/2022** | ☐ Operating a business<br>☑ Other **Tax 1065** | $52,886,420.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached list.**<br>Creditor's name<br><br>Street<br><br>City   State   ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Row Labels | Gross Pay | Additional Payments | Total |
|---|---:|---:|---:|
| BECK, DONNA J | $ 2,788.48 | $ 1,526.66 | $ 4,315.14 |
| KEYLON, MATTHEW A | $ 1,538.48 | $ 848.30 | $ 2,386.78 |
| MILLER, GEOFFREY W | $ 7,920.00 | $ - | $ 7,920.00 |
| PEREZ, HANNAH | $ 10,769.20 | $ 7,246.52 | $ 18,015.72 |
| PICKETT, SCOTT | $ 7,476.93 | $ - | $ 7,476.93 |
| DODD, PAULA | $ 400.00 | $ - | $ 400.00 |
| HESKER, WESLEY | $ 20,000.00 | $ - | $ 20,000.00 |

Statement of Financial Affairs, No. 3 Attachment

Debtor __Greater Tech Holdings, Inc.__   Case number (if known) __24-32818__
       Name

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

   | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|

   4.1. **See attached list.**
        Insider's name

        Street

        City    State    ZIP Code

        **Relationship to debtor**

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

   ☐ None

   | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. **Amarillo National Bank, Plaintiff vs. DeBauche OSP Communications, LLC; Greater Tech Holdings, Inc., and John Goodman**<br>**Case number**<br>**111762-B-CV** | Suit on a debt. | **181st District Court of Potter County**<br>Name<br>**501 S. Fillmore, Suite 4B**<br>Street<br><br>**Amarillo**    **TX**    **79101**<br>City    State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Row Labels | Sum of Gross Pay |
|---|---|
| BECK, DONNA J | $ 81,285.37 |
| BLANKENSHIP, LISA B | $ 130.50 |
| CAMPBELL, NATALIA | $ 38,337.60 |
| CHESLER, MARK C | $ 2,100.00 |
| DODD, PAULA A | $ 75,380.88 |
| EAKIN, MARK L | $ 27,291.58 |
| FLEET, JUDE D | $ 62,158.84 |
| GLACKIN, JAMES T | $ 34,434.38 |
| GOODMAN, JOHN A | $ 317,664.91 |
| HART, JOE | $ 164,936.57 |
| HERNDON, TY | $ 36,461.90 |
| HESKER, WESLEY | $ 65,619.13 |
| HILL, JENNIFER | $ 28,938.47 |
| KEYLON, MATTHEW A | $ 44,058.04 |
| LARIMER, JULIE M | $ 21,545.77 |
| LEACH, LAURA A | $ 35,517.77 |
| MACLEAN, DUNCAN | $ 17,337.69 |
| MCDONALD, LINCOLN A | $ 3,090.59 |
| MILLER, GEOFFREY W | $ 146,019.80 |
| MINER, ROCHELLE C | $ 12,617.53 |
| PEREZ, HANNAH | $ 74,295.08 |
| PICKETT, RACHEL M | $ 18,757.67 |
| PICKETT, SCOTT | $ 158,272.09 |
| SNIDER, LANCE W | $ 31,288.06 |
| STILES, MARK A | $ 67,456.84 |
| VAUGHT, JAMIE G | $ 18,344.90 |
| WELCH, MICHAEL B | $ 37,262.50 |
| WHITE, JOSHUA G | $ 38,769.92 |
| WOJCIK, DAVID | $ 27,996.12 |
| WOUGHTER, STEVE J | $ 34,691.37 |
| Grand Total | $ 1,722,061.87 |

Statement of Financial Affairs, No. 4 Attachment

Debtor  **Greater Tech Holdings, Inc.**                                  Case number (if known) **24-32818**
        Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Vista Bank, Plaintiff vs. TechDash Telecom, LLC, Greater Tech Holdings, Inc., and John Goodman, Defendants**<br>Case number<br>**DC-23-16418** | Suit on a debt. | **191st District Court of Dallas County**<br>Name<br>**600 Commerce St #691**<br>Street<br><br>**Dallas**           **TX**    **75202**<br>City                State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Micah McKinney, Trustee - Micah C. McKinney Trust, Trust S, James Roeder - Trustee for Equity Trust Company FBO James O. Roeder, Roth IRA vs. Corporate Representatives - Greater Tech Holdings, Inc.**<br>Case number<br>**23-17596** | Suit on a debt. | **216th District Court**<br>Name<br>**101 W Main St.**<br>Street<br><br>**Kerrville**        **TX**    **78028**<br>City                State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Kevin Davis, Plaintiff vs. Alvin Lynwood Carver III, Goodman Networks Incorporated, and Goodman Telecom Services, LLC**<br>Case number<br>**2022-CA-9897-O** | Suit on a debt. | **Circuit Court for 9th Judicial Florida**<br>Name<br>**425 N. Orange Ave.**<br>Street<br><br>**Orlando**          **FL**    **32801**<br>City                State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Beth Bassett vs. Haiden T. Fowles, Donlen Trust; Goodman Telecom Services, LLC; Techdash Telecom, LLC; and Greater Tech Holdings, Inc.**<br>Case number<br>**23-CA-001890** | | **Circuit Court of 20th Judicial Circuit**<br>Name<br><br>Street<br><br>**Lee County**       **FL**<br>City                State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Greater Tech Holdings, Inc.**  Case number (if known) **24-32818**
  Name

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☒ None

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☒ None

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

    | | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Griffith, Jay & Michel, LLP** | | 7/19/23 - present | $24,493.63 |
    | | Address | | | |
    | | **2200 Forest Park Blvd.** Street | | | |
    | | **Fort Worth**  **TX**  **76110** City  State  ZIP Code | | | |
    | | Email or website address | | | |
    | | www.lawgjm.com | | | |
    | | Who made the payment, if not debtor? | | | |
    | | | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None

Debtor **Greater Tech Holdings, Inc.**
        Name

Case number (if known) **24-32818**

## 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

# Part 7: Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

**Address**

14.1. **103 Industrial Loop, Suite 1100**
Street

**Fredericksburg**     **TX**     **78624**
City                   State    ZIP Code

Dates of occupancy
From **January 2021**   To **August 2023**

**Address**

14.2. **Spaces Kirby Grove**
Street
**2925 Richmond Ave, Suite 1200**

**Houston**            **TX**     **77098**
City                   State    ZIP Code

Dates of occupancy
From **May 3, 2023**   To **Present**

# Part 8: Health Care Bankruptcies

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

# Part 9: Personally Identifiable Information

## 16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

| Debtor | **Greater Tech Holdings, Inc.** | Case number (if known) | 24-32818 |
|---|---|---|---|
| | Name | | |

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☒ Yes. Does the debtor serve as plan administrator?
  - ☒ No. Go to Part 10.
  - ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See description.<br>Name<br>See prior address and<br>Street<br>2925 Richmond Ave.<br><br>Houston        TX    77098<br>City            State  ZIP Code | | **This debtor and the three related debtors listed on the petition operate from similar locations and it may appear that assets owned by other debtors are in the possession of this debtor.** | |

Debtor **Greater Tech Holdings, Inc.**     Case number (if known) **24-32818**
            Name

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☒ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☐ None

|       | Business name and address | Describe the nature of the business | Employer Identification number |
|-------|---------------------------|-------------------------------------|--------------------------------|
| 25.1. | **TechDash Communications, LLC** <br> Name <br> **2925 Richmond Ave, Suite 1200** <br> Street <br><br> **Houston       TX    77098** <br> City           State   ZIP Code | professional services, wireless, and wireline | Do not include Social Security number or ITIN. <br><br> EIN: **8 5 – 3 1 0 8 6 5 4** <br><br> **Dates business existed** <br><br> From _____   To _____ |
| 25.2. | **TechDash Telecom, LLC** <br> Name <br> **2925 Richmond Ave, Suite 1200** <br> Street <br><br> **Houston       TX    77098** <br> City           State   ZIP Code | professional services, wireless, and wireline | Do not include Social Security number or ITIN. <br><br> EIN: **8 4 – 5 1 5 9 3 6 5** <br><br> **Dates business existed** <br><br> From _____   To _____ |

Debtor **Greater Tech Holdings, Inc.**  Case number (if known) **24-32818**
Name

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.3. | **DeBauche OSP Communications, LLC** <br> Name <br> **2925 Richmond Ave, Suite 1200** <br> Street <br><br> **Houston** **TX** **77098** <br> City  State  ZIP Code | **non operating** | Do not include Social Security number or ITIN. <br><br> EIN: **8 8 – 3 6 3 2 5 3 6** <br><br> **Dates business existed** <br><br> From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Geoffrey Miller** <br> Name <br> **4560 Charlemagne Dr.** <br> Street <br><br> **Plano** **TX** **75093** <br> City  State  ZIP Code | From _____  To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | **Paula Dodd** <br> Name <br> **446 Copano Ridge Road** <br> Street <br><br> **Rockport** **TX** **78382** <br> City  State  ZIP Code | From _____  To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26a.3. | **Natalia Campbell** <br> Name <br> **6503 N Military Trail Apt#2703** <br> Street <br><br> **Boca Raton** **FL** **33496** <br> City  State  ZIP Code | From _____  To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26a.4. | **Hannah Perez** <br> Name <br> **114 Green Meadows Ln.** <br> Street <br><br> **Fredericksburg** **TX** **78624** <br> City  State  ZIP Code | From _____  To _____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 8

Debtor **Greater Tech Holdings, Inc.**  Case number (if known) **24-32818**
Name

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**  **Dates of service**

26b.1. **Whitley Penn LLP**  From _____  To _____
Name
**640 Taylor Street, Suite 2200**
Street

**Fort Worth**   **TX**   **76102**
City                State   ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**  **If any books of account and records are unavailable, explain why**

26c.1. **Geoffrey Miller**
Name
**4560 Charlemagne Dr.**
Street

**Plano**   **TX**   **75093**
City          State   ZIP Code

**Name and address**  **If any books of account and records are unavailable, explain why**

26c.2. **Paula Dodd**
Name
**446 Copano Ridge Road**
Street

**Rockport**   **TX**   **78382**
City              State   ZIP Code

**Name and address**  **If any books of account and records are unavailable, explain why**

26c.3. **Natalia Campbell**
Name
**6503 N Military Trail Apt#2703**
Street

**Boca Raton**   **FL**   **33496**
City                 State   ZIP Code

**Name and address**  **If any books of account and records are unavailable, explain why**

26c.4. **Hannah Perez**
Name
**114 Green Meadows Ln.**
Street

**Fredericksburg**   **TX**   **78624**
City                          State   ZIP Code

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 9

Debtor **Greater Tech Holdings, Inc.**  Case number (if known) **24-32818**
      Name

| | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.5. | **Whitley Penn LLP** <br> Name <br> **640 Taylor Street, Suite 2200** <br> Street <br><br> **Fort Worth** / **TX** / **76102** <br> City / State / ZIP Code | | | |
| 26c.6. | **Baker Tilly Virchow Krause, LLP** <br> Name <br> **PO Box 78975** <br> Street <br><br> **Milwaukee** / **WI** / **53278** <br> City / State / ZIP Code | | | |
| 26c.7. | **WithumSmith+Brown PC** <br> Name <br> **PO Box 5340** <br> Street <br><br> **Princeton** / **NJ** / **08543** <br> City / State / ZIP Code | | | |
| 26c.8. | **all officers of the company** <br> Name <br> Street <br> City / State / ZIP Code | | | |
| 26c.9. | **See description.** <br> Name <br> Street <br> City / State / ZIP Code | | | **Access to Netsuite ceased before the end of 2023. No person is getting financial records sent or has access to them any longer.** |
| 26c.10. | **See description.** <br> Name <br> Street <br> City / State / ZIP Code | | | **All of the debtors lost access to their books and records when online access was cancelled in February of 2024. The persons who had access to books and records at that time included Scott Pickett, Geoffrey Miller, John Goodman, Wes Hesker, Matt Keylon, Paula Dodd, and Hannah Perez.** |

Debtor **Greater Tech Holdings, Inc.**   Case number (if known) **24-32818**
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Vista Bank**
Name
**5840 W. Northwest Highway**
Street

**Dallas**                    **TX**       **75225**
City                          State        ZIP Code

**Name and address**

26d.2. **Amarillo National Bank**
Name
**P.O. Box 1**
Street

**Amarillo**                  **TX**       **79105**
City                          State        ZIP Code

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No.
☐ Yes. Give the details about the two most recent inventories.

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John A. Goodman | 1008 Middle Creek Road<br>Fredericksburg, TX 78624 | Equity / Chief Executive Officer / Shareholder | 41.96% |
| Scott E. Pickett | 4742 Star Ridge Lane<br>Frisco, TX 75034 | Equity / President / Shareholder | 4.41% |
| Goodman Peak, LLC | 640 Lee Road, 3rd Floor<br>Wayne , PA 19087 | Equity / Shareholder | 5.64% |
| Equity Trust Corporation Custod | FBO James O. Roeder Roth IRA<br>1 Equity Way<br>Westlake, OH 44145 | Equity / Shareholder | 5.64% |
| James O. Roeder | 200 Hein Road<br>Fredericksburg, TX 78624 | Equity / Shareholder | 5.5% |
| Micah C McKinney Trust, Trust S | 415 S. Washington<br>Fredericksburg, TX 78624 | Equity / Shareholder | 5.5% |
| Goodman Networks Incorporated | 2801 Network Blvd, Ste. 300<br>Frisco, TX 75034 | Equity / Shareholder | 19.22% |
| John Scot Brunke | | Equity / Shareholder/ Board Member | 0.18% |
| Mark C. Chesler | | Equity / Board Member | 0.35% |
| 1974 Portfolio Investments I LLC | 1230 Rosecrans Ave. Suite 425<br>Manhattan Beach, CA 90266 | Equity / Shareholder | 9.37% |
| Haymarket Insurance Company | 415 Bedford Road, Suite 102<br>Pleasantville, NY 10570 | Equity / Shareholder | 2.23% |

| Debtor | **Greater Tech Holdings, Inc.** | Case number (if known) | **24-32818** |
|---|---|---|---|
| | Name | | |

| Name | Position |
|---|---|
| **Geoffrey W. Miller** | **Chief Financial Officer** |
| **Kevin Haynes** | **Chief Operating Officer** |
| **Nolan G. Adams** | **Business Development Director** |
| **Donna J. Beck** | **HR Director** |
| **Glen Bridge** | **Director Customer Program** |
| **Ivan Calhoun** | **Director of IT** |
| **Paula A. Dodd** | **Controller** |
| **Jude D. Fleet** | **VP Sales Business Development** |
| **Joe Hart** | **Chief Operating Officer** |
| **Wesley Hesker** | **Chief Liquidating Officer/ VP Finance** |
| **Darrell Konneman** | **Director Customer Program** |
| **Duncan Maclean** | **Chief Revenue Officer** |
| **Lance W. Snider** | **Director of Sales Business Development** |
| **Mark A. Stiles** | **EVP of Business Development** |
| **Jason Suplita** | **Business Development Director** |
| **Michael B. Welch** | **VP Sales Business Development** |
| **David Wojcik** | **VP Sales Business Development** |
| **See attached supplement exhibit** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See 28 above.** | | | From _____ To _____ |

| Employee Name | Last Term Date | Empl Status | Company Name | Job Title |
|---|---|---|---|---|
| Miller, Geoffrey W | | Active | GREATER TECH HOLDINGS, INC. | CFO |
| Haynes, Kevin J | 1/13/2023 | Terminated | TECHDASH TELECOM, LLC | Chief Operating Officer- CS/PS |
| Adams, Nolan G | 5/11/2022 | Terminated | GREATER TECH HOLDINGS, INC. | Business Development Director |
| Beck, Donna J | | Active | GREATER TECH HOLDINGS, INC. | HR Director |
| Bridge, Glen W | 2/1/2022 | Terminated | TECHDASH TELECOM, LLC | Director of Operations |
| Calhoun, Ivan | 7/2/2021 | Terminated | GREATER TECH HOLDINGS, INC. | Director IT |
| Dodd, Paula A | 1/5/2024 | Terminated | GREATER TECH HOLDINGS, INC. | Controller |
| Fleet, Jude D | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | VP Sales Business Development |
| Hart, Joe | 12/1/2023 | Terminated | GREATER TECH HOLDINGS, INC. | CHIEF OPERATING OFFICER |
| Hesker, Wesley | | Active | GREATER TECH HOLDINGS, INC. | VP Finance |
| Konneman, Darrell | 3/13/2023 | Terminated | TECHDASH TELECOM, LLC | Director Customer Program |
| Maclean, Duncan | 8/7/2023 | Terminated | GREATER TECH HOLDINGS, INC. | Chief Revenue Officer |
| Snider, Lance W | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | Director of Sales Business Development |
| Stiles, Mark A | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | EVP of Business Development |
| Suplita, Jason | 1/27/2023 | Terminated | GREATER TECH HOLDINGS, INC. | Business Development Director |
| Welch, Michael B | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | VP Sales Business Development |
| Wojcik, David | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | VP Sales Business Development |

Debtor  **Greater Tech Holdings, Inc.**              Case number (if known)  24-32818
         Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

30.1. **See the attached list.**
Name

Street

City         State   ZIP Code

**Relationship to debtor**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund
**See attached.**                                  EIN: __ __ – __ __ __ __ __ __ __

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/02/2024
             MM / DD / YYYY

X _____        Printed name  **Wes Hesker**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Chief Liquidating Officer/VP Finance**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| Row Labels | Sum of Gross Pay |
|---|---|
| BECK, DONNA J | $ 81,285.37 |
| BLANKENSHIP, LISA B | $ 130.50 |
| CAMPBELL, NATALIA | $ 38,337.60 |
| CHESLER, MARK C | $ 2,100.00 |
| DODD, PAULA A | $ 75,380.88 |
| EAKIN, MARK L | $ 27,291.58 |
| FLEET, JUDE D | $ 62,158.84 |
| GLACKIN, JAMES T | $ 34,434.38 |
| GOODMAN, JOHN A | $ 317,664.91 |
| HART, JOE | $ 164,936.57 |
| HERNDON, TY | $ 36,461.90 |
| HESKER, WESLEY | $ 65,619.13 |
| HILL, JENNIFER | $ 28,938.47 |
| KEYLON, MATTHEW A | $ 44,058.04 |
| LARIMER, JULIE M | $ 21,545.77 |
| LEACH, LAURA A | $ 35,517.77 |
| MACLEAN, DUNCAN | $ 17,337.69 |
| MCDONALD, LINCOLN A | $ 3,090.59 |
| MILLER, GEOFFREY W | $ 146,019.80 |
| MINER, ROCHELLE C | $ 12,617.53 |
| PEREZ, HANNAH | $ 74,295.08 |
| PICKETT, RACHEL M | $ 18,757.67 |
| PICKETT, SCOTT | $ 158,272.09 |
| SNIDER, LANCE W | $ 31,288.06 |
| STILES, MARK A | $ 67,456.84 |
| VAUGHT, JAMIE G | $ 18,344.90 |
| WELCH, MICHAEL B | $ 37,262.50 |
| WHITE, JOSHUA G | $ 38,769.92 |
| WOJCIK, DAVID | $ 27,996.12 |
| WOUGHTER, STEVE J | $ 34,691.37 |
| Grand Total | $ 1,722,061.87 |

Statement of Financial Affairs, No. 30 Attachment

Statement of Financial Affairs No. 32

In connection with all employees, the debtor provided a 100% match on the first 3% of any IRA contributions and 50% on the next 2% of any IRA contributions to the independent 401k plans of employees.