Mark J. Petrocchi
State Bar No.15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR THE DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GREATER TECH HOLDINGS, INC. | § | CASE NO. 24-32818 |
| | § | |
| DEBTOR | § | |

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline (Doc. No. 5) and a notice of the continuation of the meeting, copies of which are attached, to be served via regular U.S. postage paid mail upon those parties listed below on this 1st day of August 2024.

James Goodman
103 Tomahawk Trail
San Antonio, TX 78232

John Goodman
1008 Middle Creek Road
Fredericksburg, TX 78624

Jonathan E. Goodman
137 Eagle Landing Drive
Belton, TX 76513

Jake Goodman
103 Crest Trail
San Antonio, TX 78232

Joseph "Jody" Goodman
37 Old Fredericksburg Road
Boerne, TX 78015

James "Jim" Frinzi
200 N. Cuernavaca Drive
Austin, TX 78746

Shalom Auerbach
15 Langeries Drive
Monsey, NY 10952

Neil Auerbach
50 Lawrence Avenue
Lawrence, NY 11559

Judith Auerbach
50 Lawrence Avenue
Lawrence, NY 11559

Steven Zakharyayev
1111 Bickell Bay Drive
Miami, FL 33131

Steven Zakharyayev
43 W. Canadian Woods Road
Marlboro, NJ 67746

GNET ATC, LLC
Capitol Corporate Services
1501 S. Mopar Expressway, Ste. 220
Austin, TX 78746

Goodman Investment Holdings, LLC
Capital Corporate Services
1501 S. Mopar Expressway, Ste. 220
Austin, TX 78746

American Metals Recovery and Recyling, Inc.
n/k/a MBG Holdings, Inc.
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

HSB Holdings, LLC
Agents and Corporations, Inc.
1201 Orange St., Ste. 600
One Commerce Center, Wilmington, DE 19801

AMR Resources
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Auerbach Partners, LP
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Prosperity Bancshares, Inc.
Charlotte M. Rasche
80 Sugar Creek Center Blvd.
Sugar Land, TX 77478

Alliance Texas Holdings, LLC
Steven Zakharyayez
43 W. Canadian Woods Road
Marlboro, NJ 67746

Evalina Pinkhasova
43 W. Canadian Woods Road
Marlboro, NJ 67746

Greater Tech Holdings, Inc.
Capital Corporate Services
1501 S. Mopar Expressway, Ste. 220
Austin, TX 78746

Unified Field Services, Inc.
Capital Corporate Services
1501 S. Mopar Expressway, Ste. 220
Austin, TX 78746

Multiband Field Services, Inc.
Capital Corporate Services
1501 S. Mopar Expressway, Ste. 220
Austin, TX 78746

Hudson Clean Energy Enterprises, LLC
Cogency Global, Inc.
850 New Burton Road, Ste. 201
Dover, DE 19904

18920 NW 11th LLC
Evalina Pinkhasova
43 W. Canadian Woods Roads
Marlboro, NJ 67746

Frinzi Family Trust
200 N. Cuernavaca Dr.
Austin, TX 78746

The Auerbach Family Trust
c/o Neil and Judith Auerbach
50 Lawrence Ave
Lawrence, NY 11559

The Auerbach Children's Trust
c/o Neil and Judith Auerbach
50 Lawrence Ave
Lawrence, NY 11559

Michael Cancienne, Esq.
Joseph Golinkin, Esq.
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Blvd., Ste. 2300
Houston, TX 77056

Anna MacFarlane, Esq.
Pulman Cappuccio & Pullen LLP
2161 NW Military Hwy, Ste. 400
San Antonio, TX 78213

Mark Billon, Esq.
Billon LLC
1073 S. Governors Ave.
Dover, DE 19904

Joshua Shepherd, Esq.
Quilling Selander Lownds Winslett & Moser, PC
2001 Bryan Street, Ste. 1800
Dallas, TX 75201

David Skeels, Esq.
Tom Harkins, Esq.
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street
Fort Worth, TX 76102

Daniel W. Van Horn
6075 Poplar Ave., Ste. 500
Memphis, TN 38119

Paul Elkins, Esq.
Wick Phillips Gould & Martin LLP
100 Throckmorton St., Ste. 1500
Fort Worth, TX 76101

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney, Ste. 1900
Houston, TX 77010

*/s/Mark J. Petrocchi*
Mark J. Petrocchi

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Greater Tech Holdings, Inc.** | EIN: 85–1396933 |
| | Name | |
| United States Bankruptcy Court   Southern District of Texas | | Date case filed for chapter:   7   6/18/24 |
| Case number:   24–32818 | | |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Greater Tech Holdings, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | P.O. Box 2371<br>Fredericksburg, TX 78624 | |
| **4. Debtor's attorney**<br>Name and address | Mark J Petrocchi<br>Griffith Jay & Michel LLP<br>2200 Forest Park Blvd<br>Fort Worth, TX 76110 | Contact phone 817–926–2500<br><br>Email: mpetrocchi@lawgjm.com |
| **5. Bankruptcy trustee**<br>Name and address | Janet S Casciato–Northrup<br>Janet S. Casciato–Northrup, Trustee<br>1201 Louisiana, Ste. 2800<br>Houston, TX 77002 | Contact phone 713–590–4200<br><br>Email: jln@hwa.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 6/21/24 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 25, 2024 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 543 561 2287, passcode 1314938461, OR call 1 346 489 6630**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

U.S. Bankruptcy Court

Southern District of Texas

Notice of Electronic Filing

The following transaction was received from Casciato-Northrup, Janet entered on
7/25/2024 at 2:00 PM CDT and filed on 7/25/2024
Case Name:        Greater Tech Holdings, Inc.
Case Number:      24-32818
Document Number:

Docket Text:
Meeting of Creditors Commenced. Continued by announcement at the meeting. Creditors
meeting will be held on 8/22/2024 at 11:00 AM at via Zoom - Northrup: Meeting ID 543 561
2287, Passcode 1314938461, Phone 1 346 489 6630. Within 5 days, amendments to
schedules, insurance policies, bank balances and funds update, D&O claims pending
within last year. Debtor appeared. (Casciato-Northrup, Janet)