IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Greater Tech Holdings, Inc., | § § | Chapter 7 |
| Debtor. | § § | Case No. 24-32818 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Randy W. Williams, chapter 7 trustee for Techdash Telecom, LLC, Case No. 24-32820 pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including, but without limitation: notices and any orders, applications, complaints, demands, hearings, motion, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise served upon the undersigned attorney at the following address  All notices given or required to be given in this case shall be served upon the undersigned counsel.

Dated: October 18, 2024

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, PC

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.658.1818 | F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com

**Counsel for Randy W. Williams,**
**Chapter 7 Trustee for Techdash Telecom, LLC**